UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 20-mc-22954-UU

THOMAS W. WALDREP, JR.,
Chapter 11 Trustee,

    Movant,
v.

EMPOWERHMS LLC, *et al.*,

    Respondents.
_____/

## ORDER

THIS MATTER is before the Court on the Trustee's Motion to Compel EmpowerHMS, LLC & Empower H.I.S., LLC's Compliance with Subpoenas (DE # 1, 7/17/20). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.
> (Emphasis supplied).

On July 21, 2020, the undersigned issued an Order (DE # 6) requiring the subpoenaed parties to respond to the Trustee's Motion to Compel EmpowerHMS, LLC & Empower H.I.S..LLC's Compliance with Subpoenas (DE # 1, 7/17/20) on or before August 11, 2020.  The Trustee was Ordered to promptly serve the subpoenaed parties with the Order and file a notice of compliance with this Court once the Order was served on the subpoenaed parties. On August 5, 2020, the Trustee filed the Trustee's Notice of Compliance with the July 21, 2020, Order.  The Notice of Compliance indicated that the

Trustee served the Court's July 21, 2020, Order on EmpowerHMS, LLC on August 4, 2020, and on Empower H.I.S., LLC on July 28, 2020. As of the date of this Order, there are no responses to the Trustee's Motion on the docket. Accordingly, it is

ORDERED AND ADJUDGED that the Trustee's Motion to Compel EmpowerHMS, LLC & Empower H.I.S., LLC's Compliance with Subpoenas (DE # 1, 7/17/20) is GRANTED.  The subpoenaed parties shall comply with the Trustee's subpoenas on or before September 14, 2020. The Trustee shall promptly serve the subpoenaed parties with this Order and file a notice of compliance with this Court once this Order has been served on the subpoenaed parties.

**DONE AND ORDERED** in Chambers at Miami, Florida this 14th day of August, 2020.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE